IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JEROME ADAMS,                   )
                                )
     Petitioner,                )
                                )     CIVIL ACTION NO.
     v.                         )       2:14cv963-MHT
                                )          (WO)
WARDEN LOUIS BOYD and           )
LUTHER STRANGE,                 )
                                )
     Respondents.               )
```

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) Petitioner's objections (doc. no. 19) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 18) is adopted.

(3) The petition for writ of habeas corpus (doc. no. 1) is denied as time-barred.

(4) The motions to withdraw as attorney (doc. nos. 16 & 17) are granted.

    **(4) No costs are taxed.**

    **The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

    **This case is closed.**

    **DONE, this the 29th day of July, 2016.**

                                           <u>/s/ Myron H. Thompson</u>
                                           **UNITED STATES DISTRICT JUDGE**